Manolo R. Santiago
Texas Bar No. 24129258
Brandon J. Tittle
Texas Bar No. 24090436
**TITTLE SANTIAGO, PLLC**
1125 Legacy Dr., Ste. 230
Frisco, Texas 75034
Telephone: 972.213.2316 / 863.303.7140
Email: msantiago@tittlesantiago.com

PROPOSED COUNSEL FOR DEBTOR
AND DEBTOR-IN-POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-34670-sgj-11** |
| **LIFT LENDING, LLC** | § | |
| | § | **Chapter 11, Subchapter V** |
| **Debtor** | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, true and correct copies of the following documents were served on all parties on the attached creditor matrix via First Class, U.S. Mail.

- *Notice of Chapter 11 Bankruptcy Case and meeting of Creditors (Docket # 14)*

Dated: October 28, 2026

**TITTLE SANTIAGO, PLLC**

*/s/ Manolo R. Santiago*
Manolo R. Santiago
Texas Bar No. 24129258
Email: msantiago@tittlesantiago.com
Brandon J. Tittle
Texas Bar No. 24090436
Email: btittle@tittlesantiago.com
1125 Legacy Dr., Ste. 230
Frisco, Texas 75034
Telephone: 972.213.2316 / 863.303.7140
**PROPOSED COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | Lift Lending, LLC<br>Name | EIN: | 88−3872181 |
| United States Bankruptcy Court | Northern District of Texas | Date case filed for chapter: | 11 10/9/26 |
| Case number: | 26−34670−sgj11 | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's full name** | Lift Lending, LLC | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 8615 Freeport Pkwy #250<br>Irving, TX 75063 | |
| **4.** | **Debtor's attorney**<br>Name and address | Brandon John Tittle<br>Tittle Santiago, PLLC<br>1125 Legacy Dr.<br>Suite 230<br>Frisco, TX 75034 | Contact phone 972−213−2316<br>Email: btittle@tittlesantiago.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Hudson Jobe−SBRA V<br>6060 North Central Expressway, Suite 500<br>Dallas, TX 75206 | Contact phone 214−514−5656<br>Email: trustee@jobelawpllc.com |
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Hours open:<br>Mon.−Fri 8:30−4:30<br>Contact phone 214−753−2000<br>Date: 10/27/26 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **November 18, 2026 at 10:00 AM BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: **United States Trustee**<br>Toll free number: **888−330−1716**<br>Alternate number: **713−353−7024**<br>Participant Code: **1538218** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 12/18/26<br>**For a governmental unit:** 4/7/27<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** ___________ | |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

# INFORMATION FOR THE TELEPHONIC § 341 MEETING OF CREDITORS

*Because of developing issues with the COVID- 19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors (?Meetings?) will be conducted telephonically. The telephone call in numbers and participant code are found on the enclosed Notice.*

**Additional Dial−In Information:**

*(1) You must use a touch- tone phone to participate.*

*(2) Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.*

*(3) Dial the call- in number and then enter the participant code, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.*

*(4) Make the call from a quiet area where there is as little background noise as possible.*

*(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.*

*(6) When speaking during your case, identify yourself.*

*(7) Do not put the phone on hold at any time after the call is connected.*

*(8) If any party is attending the Meeting from the same location as another party, use separate touch- tone phones to participate.*

*(9) Once the case Meeting is finished, hang up.*

*(10) If you become disconnected before your Meeting is finished, call back.*

**Bankruptcy Documents:**

*Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.*

**Recording:** *The Meetings will be recorded by the trustee or United States Trustee.*

Label Matrix for local noticing
0539-3
Case 26-34670-sgj11
Northern District of Texas
Dallas
Wed Oct 28 08:15:58 CDT 2026

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

Lift Lending, LLC
8615 Freeport Pkwy #250
Irving, TX 75063-1917

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

3 Hutton LLC
3 Hutton Centre Dr., Ste. 105
Santa Ana, CA 92707-8755

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Aragon Advertising LLC
66 Mineola Ave., Ste. 1355
Roslyn Heights, NY 11577-5021

Benjamin Hills LLC
Younger Partners Property
14643 Dallas Pkwy., Ste. 950
Dallas, TX 75254-8843

Brandon Callier
1799 Kayla Bree Street
El Paso, TX 79928-2425

Bucker Family Irrevocable Trust
8615 Freeport Pkwy., #250
Irving, TX 75063-1917

Christopher Laccinole
c/o Law Office of Chris Miltenberger
1360 N. White Chapel Blvd., Ste. 200
Southlake, TX 76092-4330

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John K. Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

Fair Lady Advisors LLC
2140 DuPont Hwy
Camden, DE 19934-1249

GM Financial
801 Cherry St., Ste. 3500
Fort Worth, TX 76102-6854

Informative Research Data Solutions
P.O. Box 3419
Seal Beach, CA 90740-2419

Ryleigh Starling
1331 Village Green Dr.
Southlake, TX 76092-9205

Shannon F. Santos Irrevocable Trust
8615 Freeport Pkwy., #250
Irving, TX 75063-1917

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Brandon John Tittle
Tittle Santiago, PLLC
1125 Legacy Dr.
Suite 230
Frisco, TX 75034-1942

Hudson Jobe-SBRA V
6060 North Central Expressway, Suite 500
Dallas, TX 75206-5249

Manolo R Santiago
Tittle Santiago, PLLC
1125 Legacy Dr.
Suite 230
Frisco, TX 75034-1942

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Christopher Laccinole
c/o Law Office of Chris Miltenberger
1360 N. White Chapel Blvd., Ste. 200 Sou

End of Label Matrix
Mailable recipients 21
Bypassed recipients 1
Total 22